```
                        IN THE UNITED STATES DISTRICT COURT

                      FOR THE EASTERN DISTRICT OF CALIFORNIA
```

HAROLD LEE BRITTON,

        Plaintiff,                        No. CIV S-04-0472 LKK GGH P

      vs.

JEANNE S. WOODFORD, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff requests that the court substitute the names of the successors in office as the named defendants in this action. "When a public officer is a party to an action in his official capacity and during its pendency...ceases to hold office, ... the officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d)(1). As plaintiff sues the California Department of Corrections Director and Chairman of the Board of Prison Terms in their official capacity for prospective injunctive relief, the current office holders are automatically substituted in as defendants.

        Accordingly, IT IS ORDERED that the Clerk of the Court modify the names of the defendants in the court's file as follows: Jeanne S. Woodford, current California Department of Corrections Director, is substituted in for former CDC Director Alameida, and Margarita E.

1  Perez, current Chairwoman of the Board of Prison Terms, is substituted in for former BPT
2  Chairman Hepburn. Fed. R. Civ. P. 25(d)(1).
3  DATED: 6/14/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
brit0472.25(d)