IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD LEE BRITTON,

        Plaintiff,                  No. CIV S-04-0472 LKK GGH P

        vs.

JEANNE S. WOODFORD, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff has requested a 14-day extension of time to file and serve an opposition to the defendants' June 29, 2005 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 29, 2005 motion for an extension of time is granted; and

        2. Plaintiff is granted an extension of time until August 12, 2005 in which to file and serve an opposition to the defendants' June 29, 2005 motion to dismiss. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: 8/10/05

                                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
brit0472.36