1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ALVIN GITTISRIBOONGUL
   Supervising Deputy Attorney General
5  CONSTANCE L. PICCIANO, State Bar No. 66172
   Deputy Attorney General
6    1300 I Street, Suite 125
     Post Office Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 322-6453
8    Facsimile: (916) 324-5205

9  Attorneys for Defendants
   Woodford, Perez and Alameida
10 SA2005300111

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| HAROLD LEE BRITTON, | 2:04-CV-0472 LKK GGH P |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR JOINDER** |
| v. | |
| JEANNE WOODFORD, et al., | |
| Defendants. | |

The Court, having considered Defendants' request for an extension of time to file a response to Plaintiff's motion for joinder, and good cause having been found.

**IT IS HEREBY ORDERED**: Defendants' response to the motion for joinder shall be filed within twenty days of any order denying Defendants' motion to dismiss.

DATED: 1/6/06

/s/ Gregory G. Hollows
───────────────────────────
UNITED STATES MAGISTRATE JUDGE

brit472.po