IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD LEE BRITTON,

        Plaintiff,                  No. CIV S-04-0472 LKK GGH P

    vs.

JEANNE S. WOODFORD, et al.,

        Defendants.         <u>ORDER</u>

/

        Plaintiff has requested an extension of time to file and serve objections to the February 2, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 24, 2006 application for an extension of time is granted;

        2. Plaintiff is granted until March 12, 2006 in which to file and serve objections to the February 2, 2006 findings and recommendations; and

        3. Due court calendar requirements, no further extension can be granted.

DATED: 3/1/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
brit0472.36