IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD LEE BRITTON,

      Plaintiff,                      No. CIV S-04-0472 LKK GGH P

    vs.

JEANNE S. WOODFORD, et al.,

      Defendants.        ORDER

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 2, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff was granted an extension of time to file objections to the findings and recommendations and has done so.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

1

proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 2, 2006, are adopted in full; and

2. Defendants' June 29, 2005 motion to dismiss on the ground that plaintiff has failed to state a claim upon which relief may be granted, pursuant to Fed. R. Civ. 12(b)(6), is granted and this case is dismissed.

DATED: March 28, 2006.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/brit0472.805