UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

**FILED**

JUN 2 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

| | |
|---|---|
| HAROLD LEE BRITTON,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>JEANNE S. WOODFORD, Director; et al.,<br><br>    Defendants - Appellees. | No. 06-15911<br>D.C. No. CV-04-00472-LKK<br><br><br><br>**ORDER** |

This appeal has been taken in good faith  [  ]

This appeal is not taken in good faith    [X]

Explanation: _No reasonable possibility that plaintiff will prevail._

GREGORY G. HOLLOWS
Judge
United States District Court

Date: June 22, 2006